AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

HUGH TILGHMAN
DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05 - 0467M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ AUGUST 18, 2005 17 BSW _____ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER ALVIN CARDINAL__, and that this complaint is based on the following facts:

FILED
AUG 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
OFFICER ALVIN CARDINAL
MPD, FIRST DISTRICT

Sworn to before me and subscribed in my presence,

AUG 1 8 2005                                                at        Washington, D.C.
Date                                                                  City and State
ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                                      Signature of Judicial Officer