### STATEMENT OF FACTS

On Wednesday, August 17, 2005, at about 1905 hours, Metropolitan Police Department officers executed a D.C. Superior Court search warrant at 49 K Street, N.W., Washington, D.C. Upon entering the premises, the police observed the defendant later identified as Hugh Tilghman on the staircase which leads to the second floor, leaning over with his arms outstretched towards a glass plate that was placed on the steps. The defendant then continued to run up the steps and go into a second floor bedroom. The plate contained several ziplock bags containing white rock substance. A field test of the white rock-like substance tested positive for cocaine, and it appeared to be cocaine base in the form of crack and weighed over 56 grams. The Defendant leases and resides at the above address.

*Alvin Cardinal*
Officer Alvin Cardinal
First District, MPD

Sworn and subscribed before me on this _____ day of August, 2005.

AUG 1 8 2005

U.S. Magistrate Judge
ALAN KAY
U.S. MAGISTRATE JUDGE