UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-345 (RMC)** |
| | : | |
| **v.** | : | |
| | : | |
| **HUGH TILGHMAN** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Steven B. Wasserman. This is a notice that Assistant United States Attorney, Steven B. Wasserman, D.C. Bar Number 453251, telephone number (202) 307-0031, is entering appearance as counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ASSISTANT UNITED STATES ATTORNEY
STEVEN B. WASSERMAN
Bar No. 453251
555 4th Street, N.W., Room 4239
Washington, DC 20001
(202) 307-0031

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of September, 2005, a copy of the foregoing Notice of Assignment and Appearance was served by Electronic Filing upon counsel for the defendant, Laura Quint, Esquire .

 

_____
STEVEN B. WASSERMAN
Assistant United States Attorney