**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Case No. 05-345** |
| | **:** | |
| **HUGH TILGHMAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

**NOTICE OF FILING**

The government requests that the attached discovery letter, dated October 13, 2005, be

made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO.  451058

_____

STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
NARCOTICS SECTION
(202) 307-0031

**Certificate of Service**

I hereby certify that I caused a copy of the Notice of Filing to be served upon counsel for
the defendant, Lara Quint, Esq., this 13th day of October, 2005.

_____

STEVEN B. WASSERMAN
Assistant United States Attorney