

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

October 13, 2005

**By Hand Delivery In Court**

Lara Quint, Esq.
Federal Public Defender's Service
625 Indiana Avenue, NW
Washington, DC 20004

                Re:    United States v. Hugh Tilghman
                          Case No. 05-345

Dear Ms. Quint:

      This is to provide you with supplemental discovery in the above-referenced matter. Enclosed please find the following materials:

- Compact Disk containing crime scene photos
- Crime Scene Examination Evidence Report

      Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

                                          Sincerely,

                                          KENNETH L. WAINSTEIN
                                          United States Attorney

                         By:   _____
                                STEVEN B. WASSERMAN
                                Assistant United States Attorney

cc: District Court Case File (without attachments)