THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 05-345 (RMC) |
| V. ) | |
| ) | |
| HUGH TILGHMAN ) | |
| ) | |

## ORDER

      Upon consideration of Defendant's Motion to Suppress Evidence Allegedly Seized at 49 K Street, NW, in Washington, D.C., it is by the Court hereby

      ORDERED that the motion is GRANTED and that all evidence seized as a result of the search warrant executed at 49 K Street, NW, in Washington, D.C. on August 17, 2005 is SUPPRESSED.

_____

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Steven Wasserman, AUSA
Lara G. Quint, AFPD