UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-345 (RMC)** |
| | : | |
| **HUGH TILGHMAN,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Based upon the Defendant's Motion to Suppress Physical Evidence and the government's oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that the Defendant's Motion to Suppress Physical Evidence be DENIED.

_____
ROSEMARY M. COLLYER
United States District Judge