IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 05-345 (RMC) | |
| V. ) | | |
| ) | | |
| HUGH TILGHMAN ) | | |
| _____) | | |

**UNOPPOSED MOTION FOR LEAVE TO LATE-FILE MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANT AND EXCULPATORY INFORMATION**

Hugh Tilghman, through undersigned counsel, respectfully asks this Honorable Court for permission to late-file a Motion for Disclosure of Confidential Informant and Exculpatory Information. In support of his motion, Mr. Tilghman submits the following:

At a status hearing held on November 14, 2005, counsel informed the Court that she intended to file pre-trial motions. The Court set a filing deadline of November 18, 2005 and counsel filed a Motion to Suppress by that date. Upon further review of the case, and pursuant to further discussions with her client, counsel determined that additional evidence was necessary and that a motion for disclosure of confidential informant was therefore required. Counsel consulted with Steven Wasserman, Esq., counsel for the government in this matter, and the latter graciously agreed not to oppose the instant motion.

For the reasons stated above, counsel respectfully requests this Honorable Court for permission to late-file an additional pre-trial motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

                                                  _____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

Dated: December 7, 2005