**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA )**
                                                )              **Cr. No. 05-345 (RMC)**
              **V.**                         )
                                                )
**HUGH TILGHMAN**              )
_____ )

**ORDER**

Upon consideration of Mr. Tilghman's Motion to Late-File Motion for Disclosure of

Confidential Informant and Exculpatory Information, it is by the Court hereby

ORDERED that the motion is GRANTED.

_____

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Steven Wasserman, AUSA
Lara G. Quint, AFPD