

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C.  20530*

December 12, 2005

**By Hand Delivery In Court**

Lara Quint, Esq.
Federal Public Defender's Service
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

>        Re:    <u>United States v. Hugh Tilghman</u>
>               Case No. 05-345

Dear Counsel:

Enclosed please find a copy of the "Declaration of Custodian of Records" and lease materials for xx xxxxxxx, Washington, DC.  This letter is to inform you that the government intends to seek admission of the attached documents pursuant to Fed. R. Evid. 902(11) and 803(6).

Also enclosed are copies of the following materials from the defendant's arrest on December 2, 2005:

- PD-163 (redacted)
- PD-202 (redacted)
- Search Warrant, Affidavit, and Seizure List (redacted)
- PD-81 (drugs)
- PD-95
- DEA-7
- PD-81 (x3)
- PD-14 (x3)
- PD-47
- Videotaped interview of defendant
- Gerstein (redacted)

**A.     Evidence**

**1.      Physical Evidence**

At trial the government may seek to introduce the physical evidence that is described on the