THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>HUGH TILGHMAN )<br>_____ ) | Cr. No. 05-345 (RMC) |

**ORDER**

Upon consideration of Mr. Tilghman's Motion for Disclosure of Confidential Informant and Exculpatory Information, it is by the Court hereby

ORDERED that the motion is GRANTED.

_____

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Steven Wasserman, AUSA
Lara G. Quint, AFPD