UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-345 (RMC)** |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of Premises to |
| **HUGH FRANCIS TILGHMAN,** | : | Manufacture, Distribute, Store and Use a |
| Defendant. | : | Controlled Substance) |

**S U P E R S E D I N G   I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Between on or about August 17, 2005 and December 2, 2005, within the District of Columbia, **HUGH FRANCIS TILGHMAN**, as the owner, lessee, and agent of a building, room and enclosure, that is, xx X Xxxxxx, X.X., Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        STEVEN WASSERMAN
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4241
        Washington, D.C. 20530
        (202) 307-0031