UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 05-345 (RMC) |
| HUGH F. TILGHMAN, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On January 19, 2006, Defendant Hugh F. Tilghman, Reg. No. 28224-016, entered a plea of guilty to a one-count information charging him with the unlawful maintenance of premises to manufacture, distribute, store, and use crack cocaine, in violation of 21 U.S.C. § 856(a)(2). Through counsel, Mr. Tilghman has advised the Court that he requires eyeglasses, treatment for pneumonia, and therapy for his leg. Accordingly, the Court hereby recommends to the Warden of the D.C. Jail that Mr. Tilghman be transferred to C.T.F. pending sentencing in this matter.

**SO ORDERED**.

Date: January 19, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge