AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Colombia__

UNITED STATES OF AMERICA

V.

__Hugh Frances Tilghman__

**WAIVER OF INDICTMENT**

CASE NUMBER: __05-345__

**FILED**

JAN 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Hugh Francis Tilghman__, the above named defendant, who is accused of __Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance 21 USC 856(a)(2)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 19, 2006__ _Date_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Rosemary M Colly__
        _Judicial Officer_

19 January 2006