UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO.: 05-0345 |
| ) | |
| Hugh Tilghman ) | **FILED** APR - 3 2006 |
| ORDER | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

The U.S. Probation Office completed and disclosed the Presentence Report on March 6, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant ~~and counsel for the government.~~

Accordingly, it is by the Court, this 3 day of April, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant and counsel for the government shall execute the receipt and acknowledgment form and counsel for the defendant ~~and counsel for the government~~ shall hand-deliver the same to the U.S. Probation Office.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

4/3/06
_____
DATE

